**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Charles Goff,<br>Plaintiff<br>-vs-<br>Unknown Rode, et al.,<br>Defendants. | CV-20-1284-PHX-DLR (JFM)<br><br>**ORDER** |

On March 14, 2022, the Court issued its most recent preliminary scheduling order (Doc. 99) which identified all deadlines expired except for discovery and disclosure motions (April 13, 2022), dispositive motions (May 13, 2022), and final pretrial motions (June 3, 2022). The first two deadlines subsequently expired. However, regarding the latter, the original Preliminary Scheduling Order (Doc. 40) provided:

> In the event one or more dispositive motions is filed, all other pretrial motions must be filed within 30 days of the filing of the court's ruling on the last dispositive motion that does not dispose of the case.

(Order 6/30/21, Doc. 40 at 3, ¶ 1.8.1.) Because the ruling on the dispositive motions disposed of the case (albeit subject to appeal), that deadline never ran.

The Ninth Circuit issued its Mandate and Decision (Doc. 162) on September 10, 2026, reversing the grant of summary judgment on Petitioner’s Free Exercise and RLUIPA claims based on the confiscation of his religious medallion and altar cloth. ) constituted a substantial burden on his religious exercise and whether the defendants personally participated in the deprivation of those items. In so doing, the Court “[left] it to the district court to address” whether qualified immunity was a defense.

District Judge Rayes has now re-referred this case to the undersigned “for all pretrial proceedings.”

/ /

**IT IS THEREFORE ORDERED**:

(A) Any motion to amend the schedule based on the remand must be filed on or before **November 12, 2026**.

(B) The Schedule herein is amended as follows:

1. **Initial Disclosures**: This deadline expired on July 20, 2021.
2. **Stays of Discovery re Non-Exhaustion**: This deadline expired on August 23, 2021.
3. **Plaintiff's Expert Witnesses**: This deadline expired on August 19, 2021.
4. **Defendants' Expert Witnesses**: This deadline expired on December 15, 2021.
5. **Rebuttal Expert Witnesses**: This deadline expired on January 5, 2022.
6. **Motions to Join, Amend or Supplement**: This deadline expired on September 13, 2021.
7. **Depositions**: This deadline expired on April 13, 2022.
8. **Discovery Requests**: This deadline expired on January 26, 2022.
9. **Discovery and Disclosure Motions**: This deadline expired on April 13, 2022.
10. **Dispositive Motions**: This deadline expired on May 13, 2022.
11. **Pretrial Motions**: All other pretrial motions (excluding motions related to the conduct of trial, e.g. motions in limine, which are properly directed to the district judge who will try the case upon withdrawal of the reference of the case to the magistrate judge), must be filed by **November 27, 2026**.

Dated: October 30, 2026

20-1284o Order 26 10 28 re Final Deadlines.docx

James F. Metcalf
United States Magistrate Judge